UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

IN RE:                                              :
                                                    :
    GLENLY KEITH ALLEN              :Case No. 11-33928-PM
                                                    :Chapter 7
        DEBTOR                      :
                                                    :

COVER SHEET FOR SUPPLEMENTAL LIST OF CREDITORS

    The Debtor affirms under penalties of perjury that the following supplemental list of creditors consisting of 1 page is true and correct.

Dated: January 12, 2012                            /s/ Glenly Keith Allen
                                                   Glenly Keith Allen