Entered: March 20, 2012
Signed: March 20, 2012

**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:  11−33928 − PM    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Glenly Keith Allen
aka G. Keith Allen, aka Glenly K. Allen,
aka G.K. Allen, aka Glenly Allen, aka Glen
K. Allen, aka Allen Glenly, aka Glemly K.
Ellen, aka Glen Allen, aka Glennly Allen,
dba kgallen, fdba Exclusive Home Services
6408 Tiffany Court
Lanham, MD 20706

Social Security No.:  xxx−xx−6046

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 12/8/11.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Steven H Greenfeld is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *smckenna*

**End of Order**